UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUANE WOOLLEY,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

                                      /

Case No. 13-15175

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE DAVID R. GRAND

**ORDER ADOPTING REPORT AND RECOMMENDATION [18];
DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17];
GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT [14]; AND REMANDING FOR FURTHER PROCEEDINGS**

On October 31, 2014, Magistrate Judge David R. Grand issued a Report and Recommendation [18] on the parties' motions for summary judgment [14, and 17]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [18] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [17] be **DENIED** and Plaintiff's Motion for Summary Judgment [14] be **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** for further proceedings in accordance with the Report and Recommendation [18].

      **SO ORDERED**.

                                            s/Arthur J. Tarnow
                                            ARTHUR J. TARNOW
                                            SENIOR U.S. DISTRICT JUDGE

Dated: November 20, 2014